1   Corinne Chandler - SBN 111423
      E-mail: cchandler@kantorlaw.net
2   Niamh E. Doherty - SBN 260749
      E-mail: ndoherty@kantorlaw.net
3   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
4   Northridge, CA 91324
    Telephone:  (818) 886-2525
5   Facsimile:  (818) 350-6272

6   Attorneys for Plaintiff,
    Joselyn Guevarra

7

JS - 6

8                   UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11   JOCELYN GUEVARRA,                 )   CASE NO: CV 10-01262 CAS
                                        )   (AGRx)
12              Plaintiff,             )
                                        )
13       VS.                           )   [PROPOSED] ORDER GRANTING
                                        )   DISMISSAL OF ACTION WITH
14   LIFE INSURANCE COMPANY OF)           PREJUDICE
     NORTH AMERICA, and CIGNA)
15   CORPORATION LONG TERM)
     DISABILITY PLAN,                  )
16                                      )
              Defendants.              )
17                                      )
                                        )
18   _____ )

19

20       Pursuant to the stipulation of the parties, the above entitled action is dismissed with

21   prejudice.

22

23   DATED: November 23, 2010        _____

24                                    Hon. Christina A. Snyder

25                                    United States District Court Judge

26

27

28